**Motion Granted; Order filed December 12, 2013**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-13-00518-CR**

_____

**LISA ANN BARFIELD, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Criminal Court at Law No. 2**
**Harris County, Texas**
**Trial Court Cause No. 1714161**

## ORDER

Appellant filed a motion requesting supplementation of the appellate record with the originals of **State's exhibit 1, a 911 tape and calls and Defendant's exhibit 13, a redacted video.**

The clerk of the County Criminal Court at Law No. 2 is directed to deliver to the Clerk of this court the original of State's exhibit 1, a 911 tape and calls and Defendant's exhibit 13, a redacted video, on or before **December 23, 2013.** The Clerk of this court is directed to receive, maintain, and keep safe these original exhibits; to deliver them to the justices of this court for their inspection; and, upon completion of inspection, to return the originals of State's exhibit 1, a 911 tape and calls and Defendant's exhibit 13, a redacted video, to the clerk of the County Criminal Court at Law No. 2.

PER CURIAM